# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Ernest Christopher Duchaine, | ) | Case No. 3:16-cr-234 |
| Defendant. | ) | |

Defendant is currently on pretrial release. On June 9, 2017, the supervising Pretrial Services officer contacted the court to advise of an emergency involving defendant. Based upon the emergency and exigent circumstances, the court revokes defendant's pretrial release. Defendant may be held involuntarily at Prairie St. John's in Fargo, North Dakota, pending a hearing by the court.

**IT IS SO ORDERED.**

Dated this 9th day of June, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court